KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Specialized Loan servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Vincent D. Wilson<br>Dorothy M. Wilson<br><br>      DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 19-10931 MBK<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:

Vincent D. Wilson
52 Millbrook Drive
Willingboro, NJ 08046

Dorothy M. Wilson
52 Millbrook Drive
Willingboro, NJ 08046

GEORGETTE MILLER
335 Evesham Avenue
Lawnside, NJ 08045

Atkinson, Bunce
Atkinson & DeBartolo,
2 Bridge Avenue
P.O. Box 8415
Red Bank, NJ 07701

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

      PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the**

**certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **U. S. Courthouse, 402 East State Street; Trenton, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **52 Millbrook Drive , Willingboro NJ 08046**. The hearing on this matter is scheduled for **April 15, 2019 at 10:00 A.M.**

**/s/ Denise Carlon, Esq.**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Specialized Loan servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14

Dated: March 19, 2019